# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

     VS                                         CASE NO.  3:08cr65 LAC

ASHLEY HUNNICUTT BARKOCY

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on _____ November 13, 2008 _____

Motion/Pleadings:_ MOTION TO DISMISS THE INDICTMENT _____

Filed by_ GOVERNMENT _____ on _ 11/12/2008 _____ Doc.# 46 _____

RESPONSES:

_____ on_____ Doc.# _____

_____ on_____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.

x_____ Unopposed   _____ Consented

                                   WILLIAM M. McCOOL, CLERK OF COURT

_____        *s/Mary Maloy*_____

LC (1 OR 2)         Deputy Clerk: Mary Maloy

## _ORDER_

*Upon consideration of the foregoing, it is ORDERED this 13th day of November, 2008, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

_____

_____

                         *s/L. A. Collier*_____

                          ***LACEY A. COLLIER***
                ***Senior United States District Judge***

```
Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____
```